NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE NTP, INC.

---

2010-1243

(Reexamination No. 90/006,676)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## IN RE NTP, INC.

---

2010-1254

(Reexamination Nos. 90/006,494, 90/006,681, and 90/007,726)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## IN RE NTP, INC.

---

2010-1263

(Reexamination Nos. 90/006,491, 90/006,678, 90/007,723)

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

## IN RE NTP, INC.

2010-1274

(Reexamination Nos. 90/006,533, 90/006,675, and 90/007,731)

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

## IN RE NTP, INC.

2010-1275

(Reexamination No. 90/006,677)

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

## IN RE NTP, INC.

2010-1276

(Reexamination Nos. 90/006,492 and 90/006,679)

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

## IN RE NTP, INC.

### 2010-1277

(Reexamination Nos. 90/006,495 and 95/000,020)

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

## IN RE NTP, INC.

2010-1278
(Reexamination Nos. 90/006,493, 90/006,680, 90/007,735)

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

## ON MOTION

## ORDER

The appellant submits a letter indicating certain concessions or withdrawals of record in these cases.

Upon consideration thereof,

IT IS ORDERED THAT:

The letters and a copy of this order shall be transmitted to the merits panel along with the briefs.

FOR THE COURT

**DEC 0 2 2010**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Brian M. Buroker, Esq.
  Raymond T. Chen, Esq.

s8

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**DEC 0 2 2010**

**JAN HORBALY**
**CLERK**